IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CECILIA M. SWEENEY, Administratrix of the Estate of William B. Sweeney, deceased,**<br>    **Plaintiff,**<br><br>    v.<br><br>**LOUISVILLE LADDER, INC.,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br><br><br>**NO. 13-6806** |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES

**AND NOW**, this 6th day of February, 2014, upon consideration of Defendant's Motion to Dismiss Plaintiff's Claims and Allegations Related to Punitive Damages (ECF No. 3) and Plaintiff's Response in Opposition to Defendant's Motion (ECF No. 4), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 13\13-6806 sweeney v. louisville ladder\Order re Ds Mot to Dismiss.docx