IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CECELIA M. SWEENEY, Administratrix of the Estate of WILLIAM B. SWEENEY, Deceased | § : § | CIVIL ACTION |
| v. | : § | NO. 2:13-CV-06806-MMB |
| LOUISVILLE LADDER, INC. CITY OF PHILADELPHIA | : § | |

**PLAINTIFF'S PRAECIPE TO DISCONTINUE
ACTION WITHOUT PREJUDICE**

TO THE PROTHONOTARY:

    Kindly discontinue action without prejudice.

**THE COLLERAN FIRM**

BY:   */s/ Francis T. Colleran*
      FRANCIS T. COLLERAN, ESQUIRE
      Atty ID No. 65821
      DENINE MARIE MOSCARIELLO, ESQUIRE
      Atty ID No. 90192
      THE COLLERAN FIRM
      One Commerce Square, Suite 1940
      2005 Market Street
      Philadelphia, Pennsylvania 19103
      215-972-8000
      215-972-8042 (fax)
      Counsel for Plaintiff